Rufus DOTSON v. STATE.

8 Div. 76.

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.

Ottis DUKE v. STATE.

5 Div. 923.

Court of Appeals of Alabama.
Nov. 28, 1933.

SAMFORD, Judge.
Affirmed.

Fate DUKES v. STATE.

1 Div. 170.

Court of Appeals of Alabama.
Nov. 20, 1934.

SAMFORD, Judge.
Affirmed.

Peter DUKE, Sr., v. STATE.

4 Div. 72.

Court of Appeals of Alabama.
Nov. 13, 1934.

SAMFORD, Judge.
Appeal dismissed.

L. B. DUNN v. STATE.

6 Div. 718.

Court of Appeals of Alabama.
Dec. 18, 1934.

BRICKEN, Presiding Judge.
Affirmed.

Gene DURHAM v. STATE.

8 Div. 922.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Appeal dismissed.

Henry EDWARDS v. STATE.

8 Div. 864.

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.

Luther EDWARDS v. STATE.

4 Div. 86.

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Affirmed.